UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br>        Plaintiff,<br>   v.<br>G. OLSON, et al.,<br>        Defendants. | Case No. 17-cv-02087-PJH<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 16 |

Pursuant to the stipulation (Docket No. 16) to voluntarily dismiss this action with prejudice under Rule 41(a) of the Federal Rules of Civil Procedure, signed by both parties, this case is **DISMISSED** with prejudice.

The Clerk shall close the file and terminate the pending motion (Docket No. 16).

**IT IS SO ORDERED.**

Dated: September 27, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2017\2017_02087_Lopez_v_Olson_(PSP)\17-cv-02087-PJH-dis.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>G. OLSON, et al.,<br><br>    Defendants. | Case No. 17-cv-02087-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew R. Lopez ID: D-86271
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: September 27, 2017

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Kelly Collins, Deputy Clerk to the
                                          Honorable PHYLLIS J. HAMILTON